UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| KAYLEE WILLIAMS, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | No. 2:14-CV-00068-HEA |
| | ) | |
| STEPHEN WAYNE KORTE, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

**CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT STEPHEN KORTE**

This matter is before the clerk of court on Plaintiff's Motion for Entry of Clerk's Default against Defendant Stephen Korte [Doc. #13] pursuant to Fed. R. Civ. P. 55(a). The record reflects service of summons and the complaint upon Defendant on June 30, 2014 [Doc. #11]. Defendant has failed to file an answer or other responsive pleading within the time required by Fed. R. Civ. P. 12.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Clerk's Default against Defendant Stephen Korte [Doc. # 13] is **GRANTED**, and the default of this defendant is hereby entered.

Dated this 3rd day of September, 2014.

_____
Gregory J. Linhares
Clerk of the Court